UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Case No. 05-00010-LTS |
| ) | |
| PAUL HICKS ) | |

### GOVERNMENT'S MOTION TO UNSEAL

The United States hereby respectfully moves the Court to unseal the complaint, arrest warrants, and supporting affidavit in this matter. As grounds for this motion, the government states that the defendant is now in federal custody and disclosure of these materials will no longer jeopardize the ongoing investigation of this case.

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By: _____
JOHN A. CAPIN
Assistant U.S. Attorney
(617) 748-3100