UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | 05-MJ-00010-LTS-ALL |
| PAUL HICKS | ) ) ) | |
| Defendant | ) ) | |

MOTION TO WITHDRAW AS COUNSEL

Now comes, Mark D. Smith, CJA appointed counsel for defendant Paul Hicks in the above-captioned matter, and respectfully requests he be permitted to withdraw as counsel. As grounds therefore, counsel states that private counsel has been retained to represent the defendant.

PAUL HICKS,

By his attorney,

/s/ Mark D. Smith
Mark D. Smith, BBO# 542676
Laredo & Smith, LLP
15 Broad Street, Suite 600
Boston, MA 02109
(617) 367-7984

Dated: June 17, 2005