AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

v.

PAUL HICKS

**WARRANT FOR ARREST**

CASE NUMBER: 05-MJ-00010-LTS

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest _____PAUL HICKS_____
                                              Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[ ] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)

possession of ammunition by a felon, in violation of 18 U.S.C. Section 922(g)(1); and possession with intent to distribute cocaine and cocaine base,

in violation of Title __21__ United States Code, Section(s) 841(a)(1)

Lee T. Sorokin                                U.S.M.J.
Name of Issuing Officer                       Title of Issuing Officer

[signature]                                   Boston, Massachusetts
Signature of Issuing Officer                  Date and Location

Bail fixed at $ _____ by _____
                                Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

| DATE RECEIVED | WARRANT EXECUTED BY ARREST/ARRAIGNMENT OF THE DEFENDANT ON 6/10/05 | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

Received U.S. Marshal Service Boston, MA 2005 JUN -8 P 2:24

This form was electronically produced by Elite Federal Forms, Inc.