AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

DISTRICT OF  Massachusetts

**APPEARANCE**

Case Number: 05-0010 JS

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for Paul Hicks

I certify that I am admitted to practice in this court.

June 23, 2005
Date

Joseph O. Krowski Jr.
Signature

Joseph F. Krowski Jr.   670702
Print Name              Bar Number

30 Cottage Street
Address

Brockton        MA        02301
City            State     Zip Code

508-587-2355            508-580-6035
Phone Number            Fax Number